IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-213-BO

| | |
|---|---|
| PHILEMON N. IHEDIWA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| FRAFT FOODS GLOBAL, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the plaintiff's motion to seal case [DE 40] and motion to remove from the internet case No.:5:11-CV-213-BO [DE 41]. This case was previously dismissed with prejudice pursuant to a stipulation of dismissal signed by both parties [DE 39]. The Court has thoroughly reviewed the record and concluded that this matter is closed and, accordingly, the plaintiff is not entitled to consideration of these motions. Therefore, the plaintiff's motions are DISMISSED. The clerk is directed to maintain a closed file in this matter.

SO ORDERED.

This ___14___ day of February, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE